IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pharma Base S.A., <br><br> Plaintiff, <br><br> v. <br><br> HVL Inc. (a.k.a. H.V.L. Inc. and Douglas Laboratories) and Hi-Vidomin Laboratories, Inc., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-395-SLR |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Pharma Base S.A. moves to voluntarily dismiss this action, without prejudice, against Defendants HVL Inc. and Hi-Vidomin Laboratories, Inc. Plaintiff has not served its Complaint on Defendants, and does not intend to do so at this time.

Date: October 16, 2006

Respectfully submitted,

*Patricia A. Rogowski*

Patricia Smink Rogowski (#2632)
**Connolly Bove Lodge & Hutz LLP**
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(302) 658-5614

John P. Donohue, Jr.
David L. Marcus
**Woodcock Washburn LLP**
One Liberty Place - 46th Floor
Philadelphia PA 19103
(215) 568-3100

*Attorneys for Plaintiff, Pharma Base S.A.*